**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
(973)-228-6755
(973) 403-9021 (FAX)
Attorneys for Defendant, Innovation Ventures, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------

N.V.E., INC.,

        Plaintiff,

-vs-

INNOVATION VENTURES, LLC,
d/b/a LIVING ESSENTIALS,

        Defendant.

------------------------------

Civil Action No. 08-2707-PGS

**STIPULATION AND CONSENT ORDER FOR TRANSFER**

**WHEREAS**, the above-captioned action relates to an action previously filed in the United States District Court for the Eastern District of Michigan, entitled <u>Innovation Ventures, LLC v. N.V.E. Inc.</u>, Docket No. 08-cv-11867 (the "Michigan Action"); and

**WHEREAS**, the above-captioned action also relates to an action previously filed in the United States District Court for the District of New Jersey, entitled <u>N.V.E., Inc. v. Innovation Ventures, LLC, d/b/a Living Essentials</u>, Docket No. 08-2206-SRC (the "First New Jersey Action"); and

**IT IS SO ORDERED:**

9/2/08  _____
HON. PETER G. SHERIDAN, U.S.D.J.

297342-1