**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
(973)-228-6755
(973) 403-9021 (FAX)
Attorneys for Defendant, Innovation Ventures, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N.V.E., INC., Plaintiff, -vs- INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS, Defendant. | Civil Action No. 08-2707-PGS **STIPULATION AND CONSENT ORDER FOR TRANSFER** |

**WHEREAS**, the above-captioned action relates to an action previously filed in the United States District Court for the Eastern District of Michigan, entitled Innovation Ventures, LLC v. N.V.E. Inc., Docket No. 08-cv-11867 (the "Michigan Action"); and

**WHEREAS**, the above-captioned action also relates to an action previously filed in the United States District Court for the District of New Jersey, entitled N.V.E., Inc. v. Innovation Ventures, LLC, d/b/a Living Essentials, Docket No. 08-2206-SRC (the "First New Jersey Action"); and

**WHEREAS**, by Order entered July 9, 2008, the Hon. Stanley R. Chesler, U.S.D.J. transferred the First New Jersey Action (Docket No. 08-cv-2206-SRC) to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a); and

**WHEREAS**, defendant, Innovation Ventures, LLC, d/b/a Living Essentials ("Living Essentials") has filed a motion to reassign the above-captioned action to the Hon. Stanley R. Chesler, U.S.D.J.; and

**WHEREAS**, Living Essentials has also filed a motion in the above-captioned action to dismiss the Complaint filed by N.V.E., Inc. ("NVE") or, in the alternative, to transfer to the Eastern District of Michigan; and

**WHEREAS**, the parties agree that the above-captioned matter should be transferred to the Eastern District of Michigan;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto, as follows:

1. The above-captioned action shall be transferred to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a);

2. Living Essentials hereby withdraws its pending motion to reassign and motion to dismiss the above-captioned action.

NICOLL, DAVIS & SPINELLA, LLP
Attorneys for Plaintiff, N.V.E., Inc.

By: /s/ Charles P. Guarino

LUM, DRASCO & POSITAN LLC
Attorneys for Defendant, Innovation Ventures, LLC d/b/a Living Essentials

By: /s/ Dennis J. Drasco

DATED: August 19, 2008
297342-1

**IT IS SO ORDERED:**

9/2/08 Peter Sheridan

HON. PETER G. SHERIDAN, U.S.D.J.